partment. April 24, 1908.) Action by Anna Etter against David I. Rogow.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., votes to reinstate the verdict.

FAGAN, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Thaddeus J. Fagan, as administrator, etc., against the city of New York and others. No opinion. Judgment and order affirmed, with costs.

FARRELL v. KENNEDY et al. (two cases). (Supreme Court, Appellate Division, First Department. May 1, 1908.) Appeal from Special Term. Actions by Julia Farrell against Peter Kennedy and another. From orders opening defendants' defaults, plaintiff appeals. Modified. Arnold Lichtig, for appellant. Daniel F. Cohalan, for respondents.

PER CURIAM. The orders in each case should be modified, by opening the default upon condition that the defendants pay $30 trial fee, $10 costs of opposing motion, and the taxable disbursements of entering judgment, with $10 costs and disbursements of appeal to the appellant.

F. FERGUSON & SON, Appellant, v. CHARLES ROSS & SON CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by F. Ferguson & Son against Charles Ross & Son Company. No opinion. Order affirmed, with $10 costs and disbursements.

FINLAY, Appellant, v. OTTEN, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Actions by Sarah Finlay against Matilda Otten. No opinion. Orders affirmed, with $10 costs and disbursements.

FIRST NAT. BANK OF RICHFIELD SPRINGS, Appellant, v. KELLER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by the First National Bank of Richfield Springs against Eleanor C. Keller and others. No opinion. Motion denied.

In re FITZGERALD. (Supreme Court, Appellate Division, First Department. May 15, 1908.) In the matter of Maurice Fitzgerald. No opinion. Respondent disbarred. Present order.

556 & 558 FIFTH AVE. CO., Respondent, v. THE LOTOS CLUB, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by 556 & 558 Fifth Avenue Company against the Lotos Club. O. A. Hack, for appellant. H. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FOGG. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) In the matter of the application of Frank M. Fogg for admission to the bar. No opinion. Application granted.

FORSYTH, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Alexander Forsyth against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FOWLER v. TITZEL. (Supreme Court, Appellate Term. May 15, 1908.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Robert G. Fowler against George T. Titzel. From a judgment dismissing the complaint on the merits, plaintiff appeals. Affirmed. Florence J. Sullivan, for appellant. Slater & Press (Frederick S. Randall and Louis Fridiger, of counsel), for respondent.

PER CURIAM. The only point advanced by the appellant is that the evidence offered on behalf of the defendant did not raise a question of fact. On the contrary, the record shows, not only that there was a question of fact raised very sharply, but also that on such issue the defendant's testimony was corroborated by other witnesses, especially the witness Wright. We can find no reason for differing with the conclusion reached by the trial justice. Judgment affirmed, with costs.

FREE, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by John W. Free against the New York City Railway Company. J. Deyo, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

FREY, Appellant, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Josephine Frey against the Chapter General of America, Knights of St. John and Malta, and another, interpleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

FUERST, Appellant, v. NEW YORK EVENING JOURNAL PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Helma Fuerst, an infant, against the New York Evening Journal Publishing Company. R. L. Turk, for appellant. C. J. Shearn, for respondent. No opinion. Order affirmed, with costs. Order filed.

FUHRMAN v. HEAKSHER. (Supreme Court, Appellate Division, Third Department, May 15, 1908.) Action by Ernst R. Fuhrman against August Heaksher. No opinion. Motion denied, with $10 costs. Order filed.